## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-02848-REB-KLM

GRANT YONEHIRO,

      Plaintiff,

v.

KIKU CORPORATION d/b/a KOKORO and
MAS TORITO, in all capacities,

      Defendants.

---

## ORDER OF DISMISSAL AS TO
## DEFENDANT, MAS TORITO, ONLY

---

**Blackburn, J.**

The matter is before me on the **Stipulation of Partial Dismissal of Defendant Mas Torito With Prejudice** [#24][1] filed February 10, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Mas Torito, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Partial Dismissal of Defendant Mas Torito With Prejudice** [#24] filed February 10, 2012, is **APPROVED**;

2.  That plaintiff's claims against defendant Mas Torito are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant, Mas Torito, is **DROPPED** as a named party to this litigation,

and the case caption is amended accordingly.

Dated February 10, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge