IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02848-REB-KLM

GRANT YONEHIRO,

    Plaintiff,

v.

KIKU CORPORATION, doing business as Kokoro, and
MAS TORITO, in all capacities

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 32; Filed March 29, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 32-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: March 30, 2012